UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════

YEHIA HAMDY,

                              Plaintiff,

                                                                    ORDER OF
                                                                    DISMISSAL
              v.                                                    00-CV-708A

COUNTY OF NIAGARA , et al.,

                              Defendants.

═══════════════════════════════


        The Court having been advised by the counsel for the parties that the above

action has been settled;

        It is ORDERED that this action is hereby dismissed without costs and on the

merits, but without prejudice to the right, upon good cause shown within 60 days to

reopen this action if settlement is not consummated.

        SO ORDERED.

                                          s/ *Richard J. Arcar*a
                                          HONORABLE RICHARD J. ARCARA
                                          CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT

DATED:  September 7, 2007