UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

YEHIA HAMDY,

        Plaintiff,

v.

COUNTY OF NIAGARA,
NIAGARA COUNTY SHERIFF'S DEPARTMENT,
NIAGARA COUNTY SHERIFF, THOMAS A. BIELEIN,
THOMAS A. BIELEIN, Individually, and
SAMUEL J. MUSCARELLA, Individually,

        Defendants.

**STIPULATION OF DISMISSAL**

Case No.: 00 CV 0708A(F)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, without costs to either party as against the other.

This Stipulation may be filed without further notice with the Clerk of the Court.

DATED:    September 15, 2007
                  Buffalo, New York

Hurwitz & Fine, P. C.
Michael F. Perley, Esq. of Counsel
*Attorneys for Defendants*
1300 Liberty Building
Buffalo, New York 14202

Chiacchia & Fleming, LLP
Andrew P. Fleming, Esq. of Counsel
*Attorneys for Plaintiff*
S-5113 South Park Avenue
Hamburg, New York 14075